1  McGREGOR W. SCOTT
   United States Attorney
2  GRANT B. RABENN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-MJ-00073-AC |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| IAN HOFFMANN, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. A complaint was filed against the defendant on May 13, 2019. The defendant was arrested in the Central District of California on the complaint on May 16, 2019. The defendant was ordered detained by Magistrate Judge Maria A. Audero on June 5, 2019. The defendant has not yet made his initial appearance in the Eastern District of California. Under Title 18, United States Code, Section 3161(b), the government is required to file an indictment of the defendant no later than June 15, 2019.

2. By this stipulation, defendant and the government now move to continue the date by which the government would be required to file an indictment until July 25, 2019.

3. The parties agree and stipulate, and request that the Court find the following:

a) Defense counsel and the government are currently in discussions to have the defendant plead guilty to a pre-indictment charge. The government is in the process of making such an offer to the defendant. As part of those pre-indictment plea discussions, defense counsel will need time to review discovery in this case, which includes many reports, physical evidence, screenshots, and undercover communications.

b) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c) The government does not object to the continuance.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in having an indictment returned within thirty days of the defendant's arrest as prescribed by the Speedy Trial Act.

e) The parties agree that time will be excluded for the government to file an indictment from the date of this order until July 25, 2019.

IT IS SO STIPULATED.

Dated: June 10, 2019        McGREGOR W. SCOTT
                            United States Attorney

                            /s/ GRANT B. RABENN
                            GRANT B. RABENN
                            Assistant United States Attorney

Dated: June 10, 2019        /s/ ANDREW FLIER
                            ANDREW FLIER
                            Counsel for Defendant
                            IAN HOFFMANN

### [~~PROPOSED~~] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 11th day of June, 2019

                            THE HONORABLE EDMUND F. BRENNAN
                            UNITED STATES MAGISTRATE JUDGE